No. 82–227. PROVIDENCE JOURNAL CO. *v.* HOME PLACEMENT SERVICE, INC., ET AL. C. A. 1st Cir. Motion of American Newspaper Publishers Association for leave to file a brief as *amicus curiae* granted. Certiorari denied. 

No. 82–869. FROUDE ET AL. *v.* EAGLE-PICHER INDUSTRIES, INC., ET AL. C. A. 1st Cir. Motions of American Home Assurance Co. et al., Insurance Company of North America, and Aetna Casualty & Surety Co. for leave to file briefs as *amici curiae* granted. Certiorari denied. JUSTICE BRENNAN took no part in the consideration or decision of these motions and this petition. 

No. 82–878. KALMAR *v.* UNITED STATES. C. A. 3d Cir. Motion of petitioner for waiver of time requirement granted. Certiorari denied. 